*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DANAE PISCITELLO, Personal Representative of
the ESTATE OF SAMUEL PISCITELLO,

       Plaintiff-Appellant,

v

MICHAEL SHERBIN, D.O., MICHAEL SHERBIN,
D.O., PC, ARSENIO DELEON, M.D., and SELECT
SPECIALTY HOSPITAL-MACOMB COUNTY,
INC.,

       Defendants-Appellees,

and

ALLIANCE HEALTH PROFESSIONALS, PLLC,

       Defendant.

UNPUBLISHED
November 3, 2022

No. 356861
Macomb Circuit Court
LC No. 2020-000649-NH

Before: RONAYNE KRAUSE, P.J., and JANSEN and MURRAY, JJ.

RONAYNE KRAUSE, P.J., (*concurring*).

    I concur in result only.

                         /s/ Amy Ronayne Krause